No. 93–5064. JACOBS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–5065. JOHNSON v. CALVERT ET AL. Sup. Ct. Cal. Certiorari denied.

No. 93–5066. KELLY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5067. KIM ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5068. ROSTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5069. MACK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5070. MONTAGUE v. CAMP, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–5071. ADAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5072. BYE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5073. ALLEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5074. BUSTAMANTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5075. SMITH v. BARRY ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–5076. ZULUAGA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–5080. BEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5081. DANIELSON v. ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 93–5082. SPRUILL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.